IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON MORGAN,

   Plaintiff,

v.                   No. CV 21-130 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

   Defendant.

## **ORDER GRANTING EXTENSION**

  **THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Unopposed First Motion of Defendant for Extension of Time to File Answer and Certified Administrative Record* (the "Motion"), (Doc. 11), filed May 18, 2021. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

  **IT IS THEREFORE ORDERED** that Defendant shall have until **July 19, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

  **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE