**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BRANDON MORGAN,

           Plaintiff,

v.                                                                              No. CV 21-130 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

           Defendant.

## ORDER SETTING BRIEFING SCHEDULE

        **THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1)      Plaintiff shall file a Motion to Reverse or Remand to Administrative Agency with Supporting Memorandum on or before **September 20, 2021**;

(2)      Defendant shall file a Response on or before **November 19, 2021**;

(3)      Plaintiff may file a Reply on or before **December 3, 2021**;

(4)      All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)      **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

                                                        _____
                                                        THE HONORABLE CARMEN E. GARZA
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE