IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDON MORGAN,

        Plaintiff,

v.                                      No. CV 21-130 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Defendant Kilolo Kijakazi's *First Unopposed Motion for Extension of Time to Response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum* (the "Motion"), (Doc. 23), filed November 19, 2021. In the Motion, she asks the Court to extend the briefing deadlines by 30 days because "[i]n the process of preparing a response to Plaintiff's Opening Brief, counsel . . . determined that it was necessary to confer with the Appeals Council concerning the issues raised by Plaintiff," which "is a process that can take up to 30 days." (Doc. 23 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant is granted through **December 20, 2021**, to serve her Response, and Plaintiff through **January 10, 2022**, to serve his Reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.