# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BRANDON MORGAN,

        Plaintiff,

v.                              No. CV 21-130 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO REMAND
## UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed Motion and Brief to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)* (the "Motion"), (Doc. 25), filed November 24, 2021. The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the Commissioner's decision in this matter is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further administrative proceedings.[2]

      **IT IS SO ORDERED**.

                                            THE HONORABLE CARMEN E. GARZA
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.
[2] The Court will enter a separate order of final judgment pursuant to Federal Rule of Civil Procedure 58. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).